Official Form 1 (10/06) West Group, Rochester, NY

| United States Bankruptcy Court<br>**NORTHERN** DISTRICT OF **ILLINOIS** | **Voluntary Petition** |
|---|---|

| Name of Debtor   (if individual, enter Last, First, Middle):<br>*Irmen, Walter* | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): *4939* | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor   (No. & Street, City, and State):<br>*508 S. Ridge Ave*<br>*Arlington Height IL*   ZIPCODE *60010* | Street Address of Joint Debtor   (No. & Street, City, and State):   ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business:   *Cook* | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor   (if different from street address):<br>*SAME*   ZIPCODE | Mailing Address of Joint Debtor   (if different from street address):   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above):   *SAME*   ZIPCODE |
|---|

**Type of Debtor**   (Form of organization)

(Check **one** box.)

- [X] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

_____

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**   (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**   (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $10,000 | $10,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | Over $100 million |
|---|---|---|---|---|---|
|  | [ ] | [ ] | [X] | [ ] | [ ] |

| Estimated Liabilities | $0 to $50,000 | $50,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|---|
|  | [ ] | [ ] | [ ] | [X] | [ ] |

Official Form 1 (10/06) West Group, Rochester, NY

FORM B1, Page   2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

*Walter Irmen*

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____  *2/22/2007*<br>Signature of Attorney for Debtor(s)        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>*Walter Irmen* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Walter Irmen*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*2/22/2007*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

*2/22/2007*
(Date)

### Signature of Attorney

**X** */s/ Jeffrey Strange*
Signature of Attorney for Debtor(s)

*Jeffrey Strange*
Printed Name of Attorney for Debtor(s)

*Jeffrey Strange & Associates*
Firm Name

*717 Ridge*
Address

*Wilmette IL  60091*

*847-256-7377*
Telephone Number

*2/22/2007*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

*2/22/2007*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Walter Irmen*

Case No.

Chapter   7

_____

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of *[Check the applicable statement]*

*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Walter Irmen*

Date:    *2/22/2007*

Official Form 22A (Chapter 7) (10/06)

In re  Irmen
_____
Debtor(s)

Case Number: 2007
_____
(If known)

According to the calculations required by this statement:

☐ **The presumption arises.**

☒ **The presumption does not arise.**

(Check the box as directed in Parts I, III, and VI of this statement.)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS |
|---|

| 1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☒ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | All figures must reflect average monthly income recieved from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $7,000.00 | $0.00 |

| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $0.00 | |
| | b. | Ordinary and necessary business expenses | $0.00 | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| 5 | **Rent and other real property income.** Subtract Line b from Line 5 and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $0.00 | |
| | b. | Ordinary and necessary operating expenses | $0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |

| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $0.00 | $0.00 |

Official Form 22A (Chapter 7) (10/06)   - Cont.                                                                2

| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child or spousal support. Do not include amounts paid by the debtor's spouse if Column B is completed. | $0.00 | $0.00 |
|---|---|---|---|
| 9 | Unemployment compensation.   Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation recieved by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $0.00   Spouse $0.00 | $0.00 | $0.00 |
| 10 | Income from all other sources.   If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount.<br>a. _____ 0<br>b. _____ 0<br>Total and enter on Line 10 | $0.00 | $0.00 |
| 11 | Subtotal of Current Monthly Income for § 707(b)(7).   Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $7,000.00 | $0.00 |
| 12 | Total Current Monthly Income for § 707(b)(7).   If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $7,000.00 | |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7).   Multiply the amount from Line 12 by the number 12 and enter the result. | $84,000.00 |
|---|---|---|
| 14 | Applicable median family income.   Enter the median family income for the applicable state and household size. (This information is available by family size at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence:   ILLINOIS   b. Enter debtor's household size:   5 | $78,668.00 |
| 15 | Application of Section 707(b)(7).   Check the applicable box and proceed as directed.<br>☐ The amount on Line 13 is less than or equal to the amount on Line 14.   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☒ The amount on Line 13 is more than the amount on Line 14.   Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $7,000.00 |
|---|---|---|
| 17 | Marital adjustment.   If you checked the box at Line 2.c, enter the amount of the income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. If you did not check box at Line 2.c, enter zero. | $0.00 |
| 18 | Current monthly income for § 707(b)(2).   Subtract Line 17 from Line 16 and enter the result. | $7,000.00 |

### Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19 | National Standards: food, clothing, household supplies, personal care, and miscellaneous. Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $1,762.00 |
|---|---|---|
| 20A | Local Standards: housing and utilities; non-mortgage expenses.   Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $534.00 |

Official Form 22A (Chapter 7) (10/06)    - Cont.                                                                                                3

| 20B | **Local Standards: housing and utilities; mortgage/rent expenses.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at  www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expenses | $1,326.00 |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $0.00 |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. |
| | | | $1,326.00 |

| 21 | **Local Standards: housing and utilities; adjustment.** if you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below. | |
|---|---|---|
| | There is a first and second mortgage. Utilities are $300 amonth at least. Cost of housing for family of five is much higher in chicago than in the nation as a whole | $3,500.00 |

| 22 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br> ☐ 0  ☐ 1  ☒ 2 or more. <br><br> Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at  www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $410.00 |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1  ☒ 2 or more. <br><br> Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, First Car | $0.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $0.00 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |
| | | | $0.00 |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $0.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $0.00 |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |
| | | | $0.00 |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes.  **Do not include real estate or sales taxes.** | $2,348.16 |
|---|---|---|

| 26 | **Other Necessary Expenses: mandatory payroll deductions.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** | $0.00 |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.**   Enter average monthly premiums that you actually pay for term life insurance for yourself.   **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $0.00 |
|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments.   **Do not include payments on past due support obligations included in Line 44.** | $0.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**   Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $0.00 |
| 30 | **Other Necessary Expenses: childcare.**   Enter the average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.   **Do not include other educational payments.** | $0.00 |
| 31 | **Other Necessary Expenses: health care.**   Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $362.00 |
| 32 | **Other Necessary Expenses: telecommunication services.**   Enter the average monthly amount that you actually pay for telecommunication services other than your basic home telephone service -- such as cell phones, pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.   **Do not include any amount previously deducted.** | $200.00 |
| 33 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 19 through 32 | $10,442.16 |

| **Subpart B: Additional Expense Deductions under § 707(b)** | | |
|---|---|---|
| **Note: Do not include any expenses that you have listed in Lines 19-32** | | |

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.**   List and total the average monthly amounts that you actually pay for yourself, your spouse, or your dependents in the following categories. | |
|---|---|---|
| | a. | Health Insurance | $0.00 | |
| | b. | Disability Insurance | $0.00 | |
| | c. | Health Savings Account | $0.00 | |
| | | | Total: Add Lines a, b and c | $0.00 |

| 35 | **Continued contributions to the care of household or family members.**   Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $0.00 |
|---|---|---|
| 36 | **Protection against family violence.**   Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $0.00 |
| 37 | **Home energy costs.**   Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $200.00 |
| 38 | **Education expenses for dependent children less than 18.**   Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age.  **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $1,418.00 |
| 39 | **Additional food and clothing expense.**   Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $0.00 |
| 40 | **Continued charitable contributions.**   Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $1,000.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).**   Enter the total of Lines 34 through 40 | $2,618.00 |

Official Form 22A (Chapter 7) (10/06)   - Cont. | 5

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. Mortgage debts should include payments of taxes and insurance required by the mortgage. If necessary, list additional entries on a separate page. | | |
|---|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 60-Month Average Payment |
|---|---|---|---|
| a. | | | $0.00 |
| b. | | | $0.00 |
| c. | | | $0.00 |
| d. | | | $0.00 |
| e. | | | $0.00 |
| | | Total: Add Lines a - e | $0.00 |

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |
|---|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $0.00 |
| b. | | | $0.00 |
| c. | | | $0.00 |
| d. | | | $0.00 |
| e. | | | $0.00 |
| | | Total: Add Lines a - e | $0.00 |

| 44 | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $0.00 |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $0.00 | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x   0 | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $0.00 |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $0.00 |
|---|---|---|

## Subpart D: Total Deductions Allowed under § 707(b)(2)

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $13,060.16 |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $7,000.00 |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $13,060.16 |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | ($6,060.16) |

Official Form 22A (Chapter 7) (10/06)   - Cont.                                                                                6

| 51 | **60-month disposable income under § 707(b)(2).**   Multiply the amount in Line 50 by the number 60 and enter the result. | ($363,609.60) |
|----|----|----|

| 52 | **Initial presumption determination.**   Check the applicable box and proceed as directed.<br><br>☒ **The amount on Line 51 is less than $6,000**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,000.**   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,000, but not more than $10,000.**   Complete the remainder of Part VI (Lines 53 through 55). | |
|----|----|----|

| 53 | Enter the amount of your total non-priority unsecured debt | $0.00 |
|----|----|----|

| 54 | **Threshold debt payment amount.**   Multiply the amount in Line 53 by the number 0.25 and enter the result. | $0.00 |
|----|----|----|

| 55 | **Secondary presumption determination.**   Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |
|----|----|----|

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.**   List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|----|

| | Expense Description | Monthly Amount |
|----|----|----|
| a. | | $0.00 |
| b. | | $0.00 |
| c. | | $0.00 |
| | Total: Add Lines a, b, and c | $0.00 |

## Part VIII: VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.   *(If this a joint case, both debtors must sign.)*<br><br>Date: _____   Signature: */s/ Walter Irmen* _____<br>(Debtor)<br><br>Date: _____   Signature: _____<br>(Joint Debtor, if any ) |
|----|----|

In re _Walter Irmen_ _____/ Debtor     Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _508 S. Ridge, Arlington Heights, IL_ | _Tenants by the Entirety_ | _J_ | $ 425,000.00 | $ 380,000.00 |
| | | **TOTAL $** (Report also on Summary of Schedules.) | 425,000.00 | |

No continuation sheets attached

In re **Walter Irmen** _____ / Debtor   Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Checking account* *Location: In debtor's possession* | | $ 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Fidelity Money Market* *Location: In debtor's possession* | J | $ 1,987.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods* *Location: In debtor's possession* | | $ 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books, pictures* *Location: In debtor's possession* | | $ 500.00 |
| 6. Wearing apparel. | | *Clothing* *Location: In debtor's possession* | | $ 500.00 |
| 7. Furs and jewelry. | | *Wedding ring* *Location: In debtor's possession* | | $ 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |

In re _Walter Irmen_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | _Fidelity ira_<br>_Location: In debtor's possession_ | | $ 750.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _Auxano Services - debtor owns 100% share_<br>_Location: In debtor's possession_ | | $ 0.00 |
| | | _Auxano Wireless - debtor owns 100% share_<br>_Location: In debtor's possession_ | | $ 0.00 |
| | | _Auxano, Inc. 49% share  THis business was transferred under assignmenet for benefit of creditors_<br>_Location: In debtor's possession_ | | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | _X_ | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | _X_ | | | |
| 16. Accounts Receivable. | _X_ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | _X_ | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | _X_ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | _X_ | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | _X_ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | _X_ | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | _X_ | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | _X_ | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. | _X_ | | | |

In re _Walter Irmen_ _____ / Debtor        Case No. _____

                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | _Truck D_<br>_Location: Returned to creditor_ | | _$ 0.00_ |
| | | _Lease of Infiniti G-35_<br>_Location: In debtor's possession_ | | _$ 0.00_ |
| | | _Truck Ford F 250_<br>_Location: repossessed_ | | _$ 0.00_ |
| | | _Truck Ford F-250_<br>_Location: Truck repossessed_ | | _$ 0.00_ |
| | | _Truck C_<br>_Location: Repossessed_ | | _$ 0.00_ |
| 26. Boats, motors, and accessories. | _X_ | | | |
| 27. Aircraft and accessories. | _X_ | | | |
| 28. Office equipment, furnishings, and supplies. | _X_ | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | _X_ | | | |
| 30. Inventory. | _X_ | | | |
| 31. Animals. | _X_ | | | |
| 32. Crops - growing or harvested. Give particulars. | _X_ | | | |
| 33. Farming equipment and implements. | _X_ | | | |
| 34. Farm supplies, chemicals, and feed. | _X_ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | _X_ | | | |

Page __3__ of __3__

                                    **Total** ➡    _$ 5,137.00_

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re
_Walter Irmen_ _____ / Debtor    Case No. _____
                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $125,000.

(Check one box)

☐ 11 U.S.C. § 522(b) (2):

☒ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _508 S. Ridge, Park Ridge, IL_ | _735 ILCS 5/12-901_ | _$ 7,500.00_ | _$ 425,000.00_ |
| _Checking account_ | _735 ILCS 5/12-1001(b)_ | _$ 100.00_ | _$ 100.00_ |
| _Fidelity Money Market_ | _735 ILCS 5/12-1001(b)_ | _$ 1,987.00_ | |
| _Household goods_ | _735 ILCS 5/12-1001(b)_ | _$ 1,000.00_ | _$ 1,000.00_ |
| _Books, pictures_ | _735 ILCS 5/12-1001(b)_ _735 ILCS 5/12-1001(a)_ | _$ 500.00_ _$ 0.00_ | _$ 500.00_ |
| _Clothing_ | _735 ILCS 5/12-1001(a)_ | _$ 500.00_ | _$ 500.00_ |
| _Wedding ring_ | _735 ILCS 5/12-1001(a)_ _735 ILCS 5/12-1001(b)_ | _$ 200.00_ _$ 100.00_ | _$ 300.00_ |
| _Fidelity_ | _735 ILCS 5/12-1006_ | _$ 750.00_ | _$ 750.00_ |
| _Auxano Services_ | _735 ILCS 5/12-1001(b)_ | _$ 0.00_ | _$ 0.00_ |
| _Auxano Wireless_ | _735 ILCS 5/12-1001(b)_ | _$ 0.00_ | _$ 0.00_ |
| _Auxano, Inc._ | _735 ILCS 5/12-1001(b)_ | _$ 0.00_ | _$ 0.00_ |

Official Form 6D (10/06)   West Group, Rochester, NY

In re _Walter Irmen_ _____,   Case No._____
                **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. § 112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5000*  *Creditor # : 1* *Chase Bank* *PO Box 9001083* *Louisville KY 4021083* | | *Truck D*  Value: *$ 0.00* | | | | *Unknown* | *$ 0.00* |
| Account No: *4493*  *Creditor # : 2* *Great Bank* *2100 Huntington Dr. North* *Algonquin IL 60102* | | *Car Leases* *Truck*  Value: *$ 0.00* | | | | *Unknown* | *$ 0.00* |
| Account No: *0542*  *Creditor # : 3* *Harris Bank* *3800 Golf Road* *Suite 300* *Rolling Meadows IL 60008* | | *Truck C*  Value: *$ 0.00* | | | | *Unknown* | *$ 0.00* |

_1_ continuation sheets attached

|  | | Subtotal $ (Total of this page) | *$ 0.00* | *$ 0.00* |
|---|---|---|---|---|
|  | | Total $ (Use only on last page) | | |
|  | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Official Form 6D (10/06)  - Cont. West Group, Rochester, NY

In re _Walter Irmen_____,   Case No._____
       **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *7886* <br> *Creditor # : 4* <br> *Harris Bank* <br> *3800 Golf Road* <br> *Suite 300* <br> *Rolling Meadows IL 60008* | | *Truck* <br><br> Value: *$ 0.00* | | | | *$ 0.00* | *$ 0.00* |
| Account No: <br> *Creditor # : 5* <br> *Infiniti Fnancing Services* | | *Car Leases* <br> *Infiniti G-35* <br><br> Value: *$ 0.00* | | | | *$ 0.00* | *$ 0.00* |
| Account No: <br> *Creditor # : 6* <br> *LaSalle Bank* <br> *135 South LaSalle Street* <br> *Legal Department* <br> *Chicago Illlinois 60603-9135* | X J | *2nd Mortgage* <br><br> Value: *$ 425,000.00* | | | | *$ 215,000.00* | *$ 0.00* |
| Account No: <br> *Creditor # : 7* <br> *Wells Fargo* <br> *PO BOX 5296* <br> *CAROL STREAM ILLINOIS* <br> *60197-5296* | X J | *1st Mortgage* <br><br> Value: *$ 425,000.00* | | | | *$ 165,000.00* | *$ 0.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | $ 380,000.00 | $ 0.00 |
| **Total $** <br> (Use only on last page) | $ 380,000.00 | $ 0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Official Form 6 E (10/06) West Group, Rochester, NY

In re _Walter Irmen_____,   Case No._____
    **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If a "minor child" is stated, also include the name, address and legal relationship to the minor child of a person described in  Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository  institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

Official Form 6F (10/06) West Group, Rochester, NY

In re _Walter Irmen_ _____,   Case No. _____
       **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Cotingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 1* <br> *Advance Wiring Solutions* <br> *12753 S. LaCrosse Ave* <br> *Alsip IL 60803* | | | *AWI Creditor* | | | | $ 3,185.00 |
| Account No: 0002 <br> *Creditor # : 2* <br> *Aetna Insurance* <br> *443 Commerce Lane* <br> *Suite 2* <br> *W Berlin NJ 08901* | | | *Insurance Policy* <br> *AWI Creditor* | | | | $ 4,558.50 |
| Account No: <br> *Creditor # : 3* <br> *AKB Enterprises/Sign A Rama* <br> *711 E. Golf Road* <br> *Schaumburg IL 60173* | | | *2003* <br> *Auxano creditor* <br> *Auxano* | | | | $ 134,892.75 |
| Account No: 2425 <br> *Creditor # : 4* <br> *Allen S. Gabe And Assoc. PC* <br> *931 N Plum Grove Road* <br> *Schaumburg IL 60173* | | | *Auxano creditor* <br> *Includes 5 accounts: 22418, 22419,* <br> *22420, 22421, 22422, 22423, 22424,* | | | | $ 62,115.00 |

_14_ continuation sheets attached

Subtotal $    $ 204,751.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Walter Irmen_____,          Case No._____
        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3003<br>Creditor # : 5<br>American Express<br>c/o James A West PC<br>1111 Harwin Drive<br>Houston TX 77072-1612 | | | | | | | $ 13,987.00 |
| Account No: 1008<br>Creditor # : 6<br>American Express<br>c/o James A West PC<br>1111 Harwin Drive<br>Houston TX 77072-1612 | | | | | | | $ 1,170.25 |
| Account No: 2005<br>Creditor # : 7<br>American Express<br>c/o Nationwide Credit<br>PO Box 740640<br>Atlanta GA 30374-0640 | | | AWI Creditor | | | | $ 4,410.42 |
| Account No: 2005<br>Creditor # : 8<br>American Express<br>c/o United Recovery Systems<br>PO Box 722929<br>Houston TX 77272-2929 | | | | | | | $ 3,720.19 |
| Account No: NEED<br>Creditor # : 9<br>American Express<br>c/o United Recovery Systems<br>PO Box 722929<br>Houston TX 77272-2929 | | | Auxano creditor | | | | $ 10,218.27 |
| Account No: 2060<br>Creditor # : 10<br>AT&T<br>PO Box 8100<br>Aurora IL 60507-8100 | | | AWI Creditor | | | | $ 672.44 |

Sheet No. _1_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 34,178.57

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Walter Irmen_ _____ ,      Case No. _____
         **Debtor(s)**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **NEED** <br> Creditor # : 11 <br> AT&T <br> PO Box 8100 <br> Aurora IL 60507-8100 | | | AWI Creditor | | | | $ 344.64 |
| Account No: **5206** <br> Creditor # : 12 <br> AT&T <br> PO Box 8100 <br> Aurora IL 60507-8100 | | | AWI Creditor | | | | $ 174.31 |
| Account No: **0813** <br> Creditor # : 13 <br> AT&T <br> PO Box 8100 <br> Aurora IL 60507-8100 | | | AWI Creditor | | | | $ 117.00 |
| Account No: **7551** <br> Creditor # : 14 <br> AT&T <br> Encore Receivable Management <br> PO Box 3330 <br> Olathe KS 66063-3330 | | | Auxano creditor | | | | $ 493.47 |
| Account No: <br> Creditor # : 15 <br> Barr Management <br> 6408 N. Western Ave <br> Chicago  IL 60645 | | | AWI Creditor | | | | $ 1,050.00 |
| Account No: <br> Creditor # : 16 <br> Bob Dix & Associates <br> 800 E Northwest Hwy <br> Suite 1050 <br> Palatine IL 60074 | | | Accounting fees <br> AWI Creditor | | | | $ 1,500.00 |

Sheet No. __2__ of __14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 3,679.42

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re **Walter Irmen**                                              , Case No. _____
        **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>Cermak & House Currency Exchan<br>Bruce E Adelman & Assoc.<br>22 N. LaSalle Street #3300<br>Chicago IL 60602 | | | AWI Creditor | | | | $ 3,213.00 |
| Account No:   7300<br>Creditor # : 18<br>CESCO<br>35 Grace Drive<br>Powell OH  43065 | | | AWI Creditor | | | | $ 140.00 |
| Account No:   7000<br>Creditor # : 19<br>Chase Nation Payment Service<br>PO Box 182223<br>Dept. OH1-1272<br>Columbus OH 43218 | | | AWI Creditor | | | | $ 2,230.77 |
| Account No:   4120<br>Creditor # : 20<br>Chicago Tribune<br>PO Box 6315<br>Chicago IL 60680-6315 | | | AWI Creditor | | | | $ 58.00 |
| Account No:   4126<br>Creditor # : 21<br>Chicago Tribune<br>PO Box 6315<br>Chicago IL 60680-6315 | | | AWI Creditor | | | | $ 357.20 |
| Account No:   5064<br>Creditor # : 22<br>Cingular Wireless<br>PO Box 6428<br>Carol Stream IL 60197-6428 | | | Utility Bills | | | | $ 377.00 |

Sheet No.   3   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 6,375.97
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) – Cont. West Group, Rochester, NY

In re _Walter Irmen_ ,    Case No._____
          **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  0600  Creditor # : 23  Citi Bank  PO Box 15153  Wilmington DE 19886-5153 | | | Credit Card Purchases | | | | $ 9,082.00 |
| Account No:  0710  Creditor # : 24  Citibank USA NA  LTD Financial Services  732 Southwest Freeway #1600  Houston TX 77074 | | | AWI Creditor | | | | $ 5,164.00 |
| Account No:  1055  Creditor # : 25  Commonwealth Edison  Bill Payment Center  Chicago  IL 60668-001 | | | | | | | $ 674.00 |
| Account No:  Creditor # : 26  Corkill Electric  601 Lively Blvd  Elk Grove Vill. IL 60007 | | | Auxano creditor  Auxano | | | | $ 119,000.00 |
| Account No:  NEED  Creditor # : 27  Country Mutual Insurance Co.  NEED | | | AWI Creditor | | | | $ 19,115.70 |
| Account No:  3372  Creditor # : 28  Covad Communications  Dunsdemand  4836 Breckville Rd  Richfield OH 44286 | | | AWI Creditor | | | | $ 27.09 |

Sheet No.  4  of  14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 153,062.79

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Walter Irmen_ ,                                    Case No._____
              **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 29* <br> *Crown Electric* <br> *3630 S. Broadway* <br> *St. Louis  MO 63118* | | | *AWI Creditor* | | | | *$ 28,000.00* |
| Account No: <br> *Creditor # : 30* <br> *Destiny Health, Inc.* <br> *3577 Collections Dr.* <br> *Chicago IL 60693* | | | *2003* <br> *Auxano creditor* | | | | *$ 1,100.00* |
| Account No:   *an-1* <br> *Creditor # : 31* <br> *DS&P Insurance* <br> *1530 E Dundee Road* <br> *2nd Floor* <br> *Palatine IL 60074* | | | *Liability Insurance for Company* <br> *AWI Creditor* | | | | *$ 16,699.12* |
| Account No:   *39-2* <br> *Creditor # : 32* <br> *Electro Rent Corp.* <br> *6060 Sepuveda Blvd* <br> *Van Nuys CA 91411-2515* | | | *AWI Creditor* | | | | *$ 1,220.91* |
| Account No: <br> *Creditor # : 33* <br> *Executive Tower Solutions* <br> *797 Padgett Road* <br> *Senoia GA 30276* | | | *AWI Creditor* | | | | *$ 6,600.00* |
| Account No:   *9707* <br> *Creditor # : 34* <br> *Feher Rubbish Removal* <br> *PO Box 11009* <br> *Syracuse NY 13218* | | | *AWI Creditor* | | | | *$ 446.73* |

Sheet No.  _5_  of  _14_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 54,066.76

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re __Walter Irmen_____,     Case No._____

**Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *5-02* <br> *Creditor # : 35* <br> *First Midwest Bank* <br> *c/o Trackers Inc.* <br> *1970 Spruce Hill, Box 1227* <br> *Bettendorf IA 52722* | | | *AWI Creditor* | | | | $ 3,953.17 |
| Account No: <br> *Creditor # : 36* <br> *Foley Excavating* <br> *14310 Birwood* <br> *Detroit MI 48238* | | | *AWI Creditor* | | | | $ 11,000.00 |
| Account No:   *7549* <br> *Creditor # : 37* <br> *GMAC* <br> *PO Box 78369* <br> *Phoenix AZ 85062-8369* | | | | | | | $ 19,176.61 |
| Account No: <br> *Creditor # : 38* <br> *Harder Sign Company* <br> *c/o Guyer & Enichen PC* <br> *2601 Reid Farm Road #B* <br> *Rockford IL 61114* | | | *2003* <br> *Auxano creditor* <br> *Auxano* | | | | Unknown |
| Account No:   *8907* <br> *Creditor # : 39* <br> *Home Depot* <br> *PO Box 6029* <br> *The Lakes NV 88901* | | | *AWI Creditor* | | | | $ 5,153.74 |
| Account No:   *7300* <br> *Creditor # : 40* <br> *Ice Mountain* <br> *6651 Dixie Highway #4* <br> *Louisville KY 40258* | | | *AWI Creditor* | | | | $ 140.00 |

Sheet No. __6__ of __14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 39,423.52

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) — Cont. West Group, Rochester, NY

In re _Walter Irmen_ ,                                    Case No._____
                **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 41 <br> James Howard | | | | | | | $ 8,500.00 |
| Account No: <br> Creditor # : 42 <br> Kenneth Neiman <br> C/O Arthur Levinson <br> 222 N. LaSalle <br> Chicago Illinois 60601 | | | *Assignment for benefit of credito* <br> *Mr. Neiman pretends to be a lawyer.* <br> *He convinced me to transfer my* | | | X | Unknown |
| Account No: <br> Creditor # : 43 <br> LaSalle Bank <br> 135 S. LaSalle <br> Suite 2140 <br> Chicago IL 60603 | | | *Personal Loan* <br> *Nancy Barrett 312-904-8650* | | | | $ 36,000.00 |
| Account No:   90-2 <br> Creditor # : 44 <br> Lurnos Rosenberg & Libby LLP <br> 120 Fulton Street <br> Boston MA 02109 | | | *2003* <br> *Auxano creditor* | | | | $ 4,995.00 |
| Account No:   6509 <br> Creditor # : 45 <br> Lyon Financial Services <br> NCO Financial Services Inc. <br> PO Box 15630 #23 <br> Wilmington DE 19850-5630 | | | *AWI Creditor* | | | | $ 1,747.29 |
| Account No:   6384 <br> Creditor # : 46 <br> Lyon Financial Services <br> NCO Financial Services Inc. <br> PO Box 15630 #23 <br> Wilmington DE 19850-5630 | | | *AWI creditor* | | | | $ 5,526.07 |

Sheet No. _7_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 56,768.36

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) – Cont. West Group, Rochester, NY

In re _Walter Irmen_____,        Case No._____
         **Debtor(s)**                                                                 **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6382 Creditor # : 47 Lyon Financial Services NCO Financial Services Inc. PO Box 15630 #23 Wilmington DE 19850-5630 | | | AWI creditor | | | | $ 1,265.52 |
| Account No: Creditor # : 48 Maier Signs Wood & Lamping LLP 600 Vine Street #2500 Cincinnati OH 45202-2491 | | | Auxano creditor | | | | $ 78,000.00 |
| Account No:   9897 Creditor # : 49 Mepco Insurance Financing PO Box 5878 Carol Stream IL 60197-5978 | | | AWI Creditor | | | | $ 351.84 |
| Account No: Creditor # : 50 Merchantile Brokerage Inc. 1705 Overland Trail Deerfield IL 60015 | X | 2003 | Auxano creditor Auxano | | | | $ 223,701.62 |
| Account No:   0148 Creditor # : 51 Michigan Safety Products Flint 8640 Commerce Court Harbor Springs MI 49740 | | | AWI Creditor | | | | $ 1,068.00 |
| Account No:   3290 Creditor # : 52 Mobil Oil PO Box 530962 Atlanta GA 30352-0962 | | | Credit Card Purchases | | | | $ 1,473.00 |

Sheet No.   8   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 305,859.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re *Walter Irmen* ,                                                    Case No._____
       **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> Monster World Wide <br> UMA World Wide Collections <br> 600 S 7th Street <br> Louisville KY 40201-1672 | | | AWI Creditor | | | | $ 2,963.68 |
| Account No: 5026 <br> Creditor # : 54 <br> Monster World Wide/TMP World <br> PO Box 90364 <br> Chicago IL 60696-0364 | | | AWI Creditor | | | | $ 5,116.55 |
| Account No: 39-6 <br> Creditor # : 55 <br> Monster.com <br> Fidelity National Credit Svcs. <br> 2421 N. Glassell St Box 3051 <br> Orange CA 93857 | | | AWI Creditor | | | | $ 2,822.55 |
| Account No: <br> Creditor # : 56 <br> National Decorating <br> 2210 Camden Court <br> Oakbrook IL 60523 | | | 2003 <br> Auxano creditor | | | | $ 0.00 |
| Account No: 8-41 <br> Creditor # : 57 <br> Nello Corp <br> c/o CST Co. Inc. <br> PO Box 33127 <br> Louisville KY 40232-3127 | | | AWI Creditor | | | | $ 3,617.29 |
| Account No: NEED <br> Creditor # : 58 <br> Nicor <br> PO Box 416 <br> Aurora IL 60568 | | | AWI Creditor | | | | $ 1,990.02 |

Sheet No. 9 of 14 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 16,510.09

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Walter Irmen_____,   Case No._____
         **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> Peter Kim Trust <br> Dowd Dowd & Mertes LTD <br> 701 Lee Street #701 <br> Des Plaines IL 60016 | | | Judgment | | | | $ 17,000.00 |
| Account No: <br> Creditor # : 60 <br> Phoenix Rope & Cordage Co. <br> c/o Teller Levit Silvertrust <br> 11 East Adams Street <br> Chicago IL 60603 | | | 12/06 <br> AWI Creditor | | | | $ 963.11 |
| Account No:   2220 <br> Creditor # : 61 <br> Primus Electric <br> 18424 NW Frontage Road <br> Joliet IL 60431 | | | | | | | $ 13,383.16 |
| Account No:   3110 <br> Creditor # : 62 <br> Public Storage Inc. <br> Allied Interstate Inc. <br> PO Box 361775 <br> Columbus OH 43236 | | | AWI Creditor | | | | $ 112.75 |
| Account No: <br> Creditor # : 63 <br> Red Roof Inns <br> c/o Newton & Associates <br> PO Box ???????? <br> Metaire LA 70011-8510 | | | | | | | $ 23,827.58 |
| Account No: <br> Creditor # : 64 <br> Robinson Waters & O''Dorisio P <br> 1099 18th Street <br> 26th Floor <br> Denver CO 80202 | | | Auxano creditor | | | | $ 2,879.83 |

Sheet No. _10_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            **Subtotal $**   $ 58,166.43
            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Walter Irmen_____,     Case No._____
           **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0414<br>Creditor # : 65<br>Safety Training Services<br>c/o DunsGram<br>4836 Brecsville Rd, Box 509<br>Richfield OH 44286 | | | AWI Creditor | | | | $ 1,322.97 |
| Account No:   3411<br>Creditor # : 66<br>Safety Training Services Inc.<br>Receivable Management Services<br>4836 Breckville Road<br>Richfield OH 44286 | | | Auxano creditor<br>AWI Creditor | | | | $ 1,322.97 |
| Account No:   9850<br>Creditor # : 67<br>Schoenberg Fisher Newman & Ros<br>222 S. Riverside Plaza<br>Suite 2100<br>Chicago IL 60606-1212 | | | AWI Creditor | | | | $ 21,890.00 |
| Account No:   8720<br>Creditor # : 68<br>Shell Oil<br>PO Box 183018<br>Columbus OH 43218 | | | Credit Card Purchases | | | | $ 565.25 |
| Account No:<br>Creditor # : 69<br>Sikich Gardner<br>988 Corporate Blvd<br>Aurora IL 60504 | | | 2003<br>Auxano creditor | | | | $ 9,500.00 |
| Account No:<br>Creditor # : 70<br>Special Graphics<br>International Installations<br>833 Wooster Road N.<br>Barberton OH 44203-1664 | | | 2003<br>Auxano creditor<br>Auxano | | | | $ 426,031.00 |

Sheet No.   11   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 460,632.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Walter Irmen_ ,                                              Case No._____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0003<br>Creditor # : 71<br>Sprint PCS<br>West Asset Management<br>PO Box 732115<br>Atlanta GA 31139-0115 | | | AWI Creditor | | | | $ 771.03 |
| Account No: 61 2<br>Creditor # : 72<br>State Farm Fire & Cas.<br>2792 Ireland Grove Rd<br>Bloomington IL 61709-001 | | | AWI Creditor | | | | $ 206.75 |
| Account No:<br>Creditor # : 73<br>Stellato Printing, Inc.<br>2224 Hess Drive<br>Crest Hill IL 60435 | | | AWI Creditor | | | | $ 305.00 |
| Account No:<br>Creditor # : 74<br>Stuart Widman<br>MIller Shakman & Beem LLP<br>180 N. LaSalle St #3600<br>Chicago IL 60601 | | | 2003 | | | | $ 9,414.50 |
| Account No: xano<br>Creditor # : 75<br>Summit Financial Resources LP<br>c/o Snell & Wilmer<br>15 West South Temple #1200<br>Salt Lake City UT 84101 | | | Auxano creditor | | | | $ 141,000.00 |
| Account No: 4372<br>Creditor # : 76<br>TelecommCareers.Net<br>NCO Financial<br>3850 N. Causeway Blvd #200<br>Metairie LA 70002 | | | AWI Creditor | | | | $ 3,589.77 |

Sheet No. _12_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 155,287.05
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) – Cont. West Group, Rochester, NY

In re _Walter Irmen_____,    Case No._____
**Debtor(s)**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 77 Tim Ruth 312 Westridge Road Joliet IL 60431 | | | Loan to AWI | | | | $ 50,000.00 |
| Account No: 1703 Creditor # : 78 TRS Rentelco Caine & Weiner 1941 Bishop Lane #622 Louisville KY 40218 | | | AWI Creditor | | | | $ 9,306.63 |
| Account No: Creditor # : 79 Turn 2 Tower 3406 15th Street Moline IL 61265 | | | AWI Creditor | | | | $ 11,175.00 |
| Account No: Creditor # : 80 United Business c/o Creditors Recovery Systems 212 W. St. Charles Road Village Park IL 60181 | | | AWI Creditor | | | | $ 964.52 |
| Account No: 1582 Creditor # : 81 United Fire Group 118 2nd Ave S.E. PO Box 73909 Cedar Rapids IA 52407 | | | AWI Creditor Insurance policy | | | | $ 1,713.00 |
| Account No: 51RR Creditor # : 82 UPS Dunsdemand PO Box 20543 Lehigh Valley PA 18002 | | | AWI Creditor | | | | $ 599.10 |

Sheet No. _13_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 73,758.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _Walter Irmen_____,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 83 <br> US Brass & Copper <br> Creditors Recovery Systems <br> 212 W St. Charles Road <br> Villa Park IL 60181 | | | AWI Creditor | | | | $ 964.52 |
| Account No: <br> Creditor # : 84 <br> Vogue Painting <br> 2000 Pioneer Parkway <br> Suite 7B <br> Peoria IL 61615 | | | 2003 <br> Auxano creditor <br> Auxano | | | | $ 0.00 |
| Account No: 3601 <br> Creditor # : 85 <br> Workright Occupational Health <br> 655 S.Willow Springs Road <br> LaGrange IL 60525 | | | AWI Creditor | | | | $ 45.00 |
| Account No: 2697 <br> Creditor # : 86 <br> Workright Occupational Health <br> 655 S.Willow Springs Road <br> LaGrange IL 60525 | | | AWI Creditor | | | | $ 90.00 |
| Account No: 2088 <br> Creditor # : 87 <br> Workright Occupational Health <br> 655 S.Willow Springs Road <br> LaGrange IL 60525 | | | AWI Creditor | | | | $ 45.00 |
| Account No: <br> Creditor # : 88 <br> Zamiar Co. <br> 3000 W 167th St <br> Markham IL 60426-5618 | | | 2003 <br> Auxano creditor <br> Auxano | | | | $ 45,000.00 |

Sheet No. _14_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 46,144.52

Total $   $ 1,668,665.15

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Walter Irmen* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *1110 Garfield Venture, LLC*<br>*Rothbart Realty Co.*<br>*1945 Techny Road Suite 6*<br>*Northbrook IL  60062* | Contract Type: *Non-residential lease * ***<br>Terms: *1/1/06-2/28/09 $4,909 plus annual escalations*<br>Beginning date:<br>Debtor's Interest:<br>Description: *Lease of 1110 Garfield, Lombard, IL*<br><br>Buyout Option: |
| *first federal leasing*<br>*po box 1145*<br>*Richmond In  47375-1145* | Contract Type: *Automobile leaes*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |

In re **Walter Irmen** _____ / Debtor    Case No. _____

                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Linda Irmen<br>508 S. Ridge<br>Arlinton Heights Il.  60005 | LaSalle Bank<br>135 South LaSalle Street<br>Legal Department<br>Chicago Illlinois  60603-9135<br><br>Merchantile Brokerage Inc.<br>1705 Overland Trail<br>Deerfield IL  60015<br><br>Wells Fargo<br>PO BOX 5296<br>CAROL STREAM ILLINOIS  60197-5296 |

Official Form 6I (10/06) West Group, Rochester, NY

In re *Walter Irmen*                                                    ,     Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status: *Single* | RELATIONSHIP(S): *wife* *Son* *Son* *Son* | AGE(S): *49* *18* *18* *23* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *construction manager* | |
| Name of Employer | *bridgstone goodyear* | |
| How Long Employed | *two weeks* | |
| Address of Employer | *x* *x x  66666* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *7,000.00* | $ *3,720.00* |
| 2. Estimate Monthly Overtime | $ | *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ | *7,000.00* | $ *3,720.00* |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll Taxes and Social Security | $ | *1,920.00* | $ *428.16* |
| b. Insurance | $ | *0.00* | $ *0.00* |
| c. Union Dues | $ | *0.00* | $ *0.00* |
| d. Other (Specify): *403(b) deduction* | $ | *0.00* | $ *812.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *1,920.00* | $ *1,240.16* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *5,080.00* | $ *2,479.84* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ *0.00* |
| 8. Income from Real Property | $ | *0.00* | $ *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ *0.00* |
| 11. Social Security or government assistance Specify: | $ | *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ *0.00* |
| 13. Other monthly income Specify: | $ | *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | *5,080.00* | $ *2,479.84* |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | **$        7,559.84** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*two children will start college in the fall and will cost $3,000. a month*

Official Form 6J (10/06) West Group, Rochester, NY

In re <u>Walter Irmen</u>                                                    ,        Case No. _____

               **Debtor(s)**                                                                        (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,482.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | |
|    b. Is property insurance included?  Yes ☐  No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
|        b. Water and sewer | $ 45.00 |
|        c. Telephone | $ 200.00 |
|        d. Other  *DSL & Cable* | $ 98.00 |
|          Other  *garbage* | $ 15.00 |
|          Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 700.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 75.00 |
| 7. Medical and dental expenses | $ 75.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 100.00 |
|    c. Health | $ 362.00 |
|    d. Auto | $ 276.00 |
|    e. Other | $ 0.00 |
|       Other | $ 0.00 |
|       Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other: *Infiniti Financing Services* | $ 438.00 |
|    c. Other: *chevy-wife* | $ 215.00 |
|    d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: *legal for wife* | $ 2,000.00 |
|    Other: *dog medication* | $ 32.00 |
|    Other: *tuition* | $ 1,418.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 10,331.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

*two children will start college in the fall and will cost $3,000 a month depending on financial aid received this may go up or down*

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 16 of Schedule I | $ 7,559.84 |
|    b. Average monthly expenses from Line 18 above | $ 10,331.00 |
|    c. Monthly net income (a. minus b.) | $ (2,771.16) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Walter Irmen*

Case No.
Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      425,000.00 | | |
| B-Personal Property | *Yes* | *3* | $        5,137.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      380,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *15* | | $    1,668,665.15 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        7,559.84 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $       10,331.00 |
| TOTAL | | *27* | $      430,137.00 | $    2,048,665.15 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Walter Irmen*                                                                          Case No.

                                                                                              Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

### This information is for statistical purposes only under 28 U.S.C.  § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

Official Form 6, Declaration (10/06) West Group, Rochester, NY

In re __*Walter Irmen*_____  Case No. _____

_____Debtor_____  (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*28*___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: __*2/22/2007*_____  Signature __*/s/ Walter Irmen*_____

_____*Walter Irmen*_____

Form 7 (10/05)  West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: *Walter Irmen*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

*Year to date:0*                    *AUXANO CORPS.   There were three but all are out of business*
*   Last Year:10,000*               *transferred in assignment for benefit of creditors*
*Year before:50,000*

---

*Year to date:$4000.*              *2007 Employment new job Bridgestone; in 2006 AUxano Wireless*
*   Last Year:20,000*              *and in 2005 Auxano Inc. and Auxano Wireless*
*Year before:100,000*

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

QUESTION 2 CONTINUED ...

| AMOUNT | SOURCE |
|--------|--------|
| *Last Year:2000* | *Worked at UPS over xmas* |

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Wells Fargo Mortgage* | *monthly payment on mortgage* | *1600* | *155,000* |
| *La Salle Bank  2nd mortgage* | *monthly* | *1600* | *215,000* |
| *Infiniti Finance* | *480 a month for car lease* | *480* | |

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *LaSalle Bank NA v. Auxano Wireless Inc. and Walter Irmen 2007 L 000627* | *Breach of contract* | *Cook County, IL County Department.* | |
| *S.W. Zamiar Co., Inc. v. Auxano, Inc., BP Corporation and Walter Irmen* | | *Cook County, Illinois* | *Judgment entered on 1/8/2007 against Auxano, Inc. and Walter Irmen in the* |

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 03 L 6022 | | | amount of $1,953,77.80 |
| West Suburban Currency Exchange v. Auxano Wireless 06 SC 5874 | | DuPage County, Illinois | |
| Adam Shaver v. Auxano Wireless and Walter Irmen | Wage Payment Demand | Department of Labor, Chicago, Illinois | Claim in the amount of $9,083.33 |
| Mercantile Brokerage Company v. Auxano Inc., BP Amoco and Bovis Lend Lease | Assignment for benefit of creditors | Cook County, Illinois | pending |
| Summit Financial Resources v. Auxano Wireless and Walter Irmen Case #2:06-cv-670 | collection/foreclosure | US District Court, Utah | |
| Primus Electronics v. Auxano Wireless Case # 06-M1-146356 | | Cook County, Illinois | |
| Mercantile Brokerage and Kenneth Neiman v Auxano and Irman et al  05 CH 09809 | Chancery action by assignee for benefit of creditors | Cook County | pending |
| Peter Kim v Auxano and Walter Irmen | unpaid rent | Circuit Court of Cook County | judgment |
| 2003 L 006022 2005 CH 09809  SW ZAMIAR v AUXANO et al | Contract | Circuit Court of Cook County | pending |
| Country Mutual Insurance v Auxano 06 AR 175 | contract | McLean County Illinois | judgment against Auxano and citation against debtor herein |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Harris Bank* | *July 2006* | *Description:Trucks used by Auxano worth about $40,000 each and owed almost $40,000 on each;  Bank repossessed two Ford F-250s in 2006* |
| *Great Bank* | | *Description:One Truck Ford F 250 Value:40,000* |

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Harris Bank* | *July 2006* | *Description:Ford F 250 (2) Value:40,000 each* |
| *Great Bank* | *July 2006* | *Description:Ford F-250 2006 owed $40,000* |

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| *Mercantile Brokerage 1705 Overland Trail Deerfield Illinois* | *2003* | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

QUESTION 8 CONTINUED ...

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Trailer stolen and equipment Value:20,000* | *Circumstances:Joe Long took it as he claimed money owed him* <br> *Insurance: Chrisy insurance but no payment made* | *August 2006* |

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Jeffrey Strange* <br> *Address:* <br> *717 Ridge* <br> *Wilmette, IL 60091* | *Date of Payment:* <br> *Payor: Walter Irmen* | *$4,700.00* |
| *Payee: Jeffrey Strange* <br> *Address:* <br> *717 Ridge* <br> *Wilmette, IL 60091* | *Date of Payment:* <br> *Payor: Walter Irmen* | *$4,700.00* |
| *Kenneth Neiman* | *Assingment fee for doing benefit of creditors for Auxano Inc* | *$10,000* |

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

☒ NONE

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Chase Bank* | *Account Type and No.:* <br> *Final Balance:0* | *July, 2006* |

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Linda Irmen  508 S. Ridge Arlington Heights*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

### 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in

which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an individual: Business:  Auxano Inc* | *ID:* | *Construction assigned for the benefit of creditors* | *2004* |
| *Debtor is an Individual: Business: Auxano Wireless* | *ID:* | *telecommunication construction* | *2006* |
| *Debtor is an individual: Business:  Auxano Services Inc* | *ID:* | *never did business* | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

 NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Essential Bookeeping Services Palatine, Il.* | *Dates:Stopped working in Dec 2006* |

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

 NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

QUESTION 19c CONTINUED ...

NAME AND ADDRESS

*Name:Walter Irmen and Essential Bookeeping*
*Address:Palatine*
*Missing:*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒ NONE

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

☒ NONE

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE

---

☒ NONE

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___2/22/2007___     Signature     */s/ Walter Irmen*_____
                         of Debtor

Date _____     Signature     _____
                         of Joint Debtor
                         (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Walter Irmen*

Case No.

Chapter   **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *Infiniti G-35* | *Infiniti Fnancing Services* | X | | | |
| *508 S. Ridge, Park Ridge, IL* | *Wells Fargo* | | X | | |
| *Truck A Ford F 250* | *Great Bank* | X | | | |
| *508 S. Ridge, Park Ridge, IL* | *LaSalle Bank* | | X | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date:  *2/22/2007*_____        Debtor: */s/ Walter Irmen*_____

Date: _____        Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Walter Irmen*                                                      Case No.
                                                                          Chapter **7**

_____ / Debtor

Attorney for Debtor:  *Jeffrey Strange*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*4,700.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____*4,700.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3. $_____*299.00*_____of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
      *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
      *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
      *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
      *None*

Dated:  *2/22/2007*                        Respectfully submitted,

                              X */s/ Jeffrey Strange*_____
       Attorney for Petitioner: *Jeffrey Strange*
                              *Jeffrey Strange & Associates*
                              *717 Ridge*
                              *Wilmette IL  60091*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Walter Irmen*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Jeffrey Strange*


## <u>VERIFICATION OF CREDITOR MATRIX</u>


The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.



Date:  *2/22/2007*
_____

*/s/ Walter Irmen*
_____
Debtor

1110 GREAT PLAINS VENTURES LLC
ROTHBART REALTY CO.
1945 TECHNY ROAD SUITE 6
NORTHBROOK, IL  60062

ADVANCE WIRING SOLUTIONS
12753 S. LACROSSE AVE
ALSIP, IL  60803

AETNA INSURANCE
ACCT#: 0002
443 COMMERCE LANE
SUITE 2
W BERLIN, NJ  08901

AKB ENTERPRISES/SIGN A RAMA
711 E. GOLF ROAD
SCHAUMBURG, IL  60173

ALLEN S. GABE AND ASSOC. PC
ACCT#: 2425
931 N PLUM GROVE ROAD
SCHAUMBURG, IL  60173

AMERICAN EXPRESS
ACCT#: 2005
C/O UNITED RECOVERY SYSTEMS
PO BOX 722929
HOUSTON, TX  77272-2929

AMERICAN EXPRESS
ACCT#: 3003
C/O JAMES A WEST PC
1111 HARWIN DRIVE
HOUSTON, TX  77072-1612

AMERICAN EXPRESS
ACCT#: 1008
C/O JAMES A WEST PC
1111 HARWIN DRIVE
HOUSTON, TX  77072-1612

AMERICAN EXPRESS
ACCT#: 2005
C/O NATIONWIDE CREDIT
PO BOX 740640
ATLANTA, GA  30374-0640

AMERICAN EXPRESS
ACCT#: NEED
C/O UNITED RECOVERY SYSTEMS
PO BOX 722929
HOUSTON, TX  77272-2929

AT&T
ACCT#: 0813
PO BOX 8100
AURORA, IL  60507-8100

```
AT&T
ACCT#: 2060
PO BOX 8100
AURORA, IL  60507-8100


AT&T
ACCT#: NEED
PO BOX 8100
AURORA, IL  60507-8100


AT&T
ACCT#: 7551
ENCORE RECEIVABLE MANAGEMENT
PO BOX 3330
OLATHE, KS  66063-3330


AT&T
ACCT#: 5206
PO BOX 8100
AURORA, IL  60507-8100


BARR MANAGEMENT
6408 N. WESTERN AVE
CHICAGO , IL  60645


BOB DIX & ASSOCIATES
800 E NORTHWEST HWY
SUITE 1050
PALATINE, IL  60074


CERMAK & HOUSE CURRENCY EXCHAN
BRUCE E ADELMAN & ASSOC.
22 N. LASALLE STREET #3300
CHICAGO, IL  60602


CESCO
ACCT#: 7300
35 GRACE DRIVE
POWELL, OH   43065


CHASE BANK
ACCT#: 5000
PO BOX 9001083
LOUISVILLE, KY  4021083


CHASE NATION PAYMENT SERVICE
ACCT#: 7000
PO BOX 182223
DEPT. OH1-1272
COLUMBUS, OH  43218


CHICAGO TRIBUNE
ACCT#: 4120
PO BOX 6315
CHICAGO, IL  60680-6315


CHICAGO TRIBUNE
ACCT#: 4126
PO BOX 6315
CHICAGO, IL  60680-6315
```

CINGULAR WIRELESS
ACCT#: 5064
PO BOX 6428
CAROL STREAM, IL  60197-6428

CITI BANK
ACCT#: 0600
PO BOX 15153
WILMINGTON, DE  19886-5153

CITIBANK USA NA
ACCT#: 0710
LTD FINANCIAL SERVICES
732 SOUTHWEST FREEWAY #1600
HOUSTON, TX  77074

COMMONWEALTH EDISON
ACCT#: 1055
BILL PAYMENT CENTER
CHICAGO
IL, 60668-001

CORKILL ELECTRIC
601 LIVELY BLVD
ELK GROVE VILL., IL  60007

COUNTRY MUTUAL INSURANCE CO.
ACCT#: NEED
NEED

COVAD COMMUNICATIONS
ACCT#: 3372
DUNSDEMAND
4836 BRECKVILLE RD
RICHFIELD, OH  44286

CROWN ELECTRIC
3630 S. BROADWAY
ST. LOUIS , MO  63118

DESTINY HEALTH, INC.
3577 COLLECTIONS DR.
CHICAGO, IL  60693

DS&P INSURANCE
ACCT#: AN-1
1530 E DUNDEE ROAD
2ND FLOOR
PALATINE, IL  60074

ELECTRO RENT CORP.
ACCT#: 39-2
6060 SEPUVEDA BLVD
VAN NUYS, CA  91411-2515

EXECUTIVE TOWER SOLUTIONS
797 PADGETT ROAD
SENOIA, GA  30276

FEHER RUBBISH REMOVAL
ACCT#: 9707
PO BOX 11009
SYRACUSE, NY  13218

FIRST FEDERAL LEASING
PO BOX 1145
RICHMOND, IN  47375-1145

FIRST MIDWEST BANK
ACCT#: 5-02
C/O TRACKERS INC.
1970 SPRUCE HILL, BOX 1227
BETTENDORF, IA  52722

FOLEY EXCAVATING
14310 BIRWOOD
DETROIT, MI  48238

GMAC
ACCT#: 7549
PO BOX 78369
PHOENIX, AZ  85062-8369

GREAT BANK
ACCT#: 4493
2100 HUNTINGTON DR. NORTH
ALGONQUIN, IL  60102

HARDER SIGN COMPANY
C/O GUYER & ENICHEN PC
2601 REID FARM ROAD #B
ROCKFORD, IL  61114

HARRIS BANK
ACCT#: 7886
3800 GOLF ROAD
SUITE 300
ROLLING MEADOWS, IL  60008

HARRIS BANK
ACCT#: 0542
3800 GOLF ROAD
SUITE 300
ROLLING MEADOWS, IL  60008

HOME DEPOT
ACCT#: 8907
PO BOX 6029
THE LAKES, NV  88901

ICE MOUNTAIN
ACCT#: 7300
6651 DIXIE HIGHWAY #4
LOUISVILLE, KY  40258

INFINITI FNANCING SERVICES

WALTER IRMEN
508 S. RIDGE AVE
ARLINGTON HEIGHT, IL  60010

JAMES HOWARD

JEFFREY STRANGE
717 RIDGE
WILMETTE, IL   60091

KENNETH NEIMAN
C/O ARTHUR LEVINSON
222 N. LASALLE
CHICAGO, ILLINOIS   60601

LASALLE BANK
135 SOUTH LASALLE STREET
LEGAL DEPARTMENT
CHICAGO, ILLLINOIS   60603-9135

LASALLE BANK
135 S. LASALLE
SUITE 2140
CHICAGO, IL   60603

LINDA IRMEN
508 S. RIDGE
ARLINTON HEIGHTS, IL.   60005

LURNOS ROSENBERG & LIBBY LLP
ACCT#: 90-2
120 FULTON STREET
BOSTON, MA   02109

LYON FINANCIAL SERVICES
ACCT#: 6384
NCO FINANCIAL SERVICES INC.
PO BOX 15630 #23
WILMINGTON, DE   19850-5630

LYON FINANCIAL SERVICES
ACCT#: 6509
NCO FINANCIAL SERVICES INC.
PO BOX 15630 #23
WILMINGTON, DE   19850-5630

LYON FINANCIAL SERVICES
ACCT#: 6382
NCO FINANCIAL SERVICES INC.
PO BOX 15630 #23
WILMINGTON, DE   19850-5630

MAIER SIGNS
WOOD & LAMPING LLP
600 VINE STREET #2500
CINCINNATI, OH   45202-2491

MEPCO INSURANCE FINANCING
ACCT#: 9897
PO BOX 5878
CAROL STREAM, IL   60197-5978

MERCHANTILE BROKERAGE INC.
1705 OVERLAND TRAIL
DEERFIELD, IL   60015

MICHIGAN CARBIDE PRODUCTS CO INC
ACCT#: 0148
8640 COMMERCE COURT
HARBOR SPRINGS, MI  49740

MOBIL OIL
ACCT#: 3290
PO BOX 530962
ATLANTA, GA  30352-0962

MONSTER WORLD WIDE
UMA WORLD WIDE COLLECTIONS
600 S 7TH STREET
LOUISVILLE, KY  40201-1672

MONSTER WORLD WIDE/TMP WORLD
ACCT#: 5026
PO BOX 90364
CHICAGO, IL  60696-0364

MONSTER.COM
ACCT#: 39-6
FIDELITY NATIONAL CREDIT SVCS.
2421 N. GLASSELL ST BOX 3051
ORANGE, CA  93857

NATIONAL DECORATING
2210 CAMDEN COURT
OAKBROOK, IL  60523

NELLO CORP
ACCT#: 8-41
C/O CST CO. INC.
PO BOX 33127
LOUISVILLE, KY  40232-3127

NICOR
ACCT#: NEED
PO BOX 416
AURORA, IL  60568

PETER KIM TRUST
DOWD DOWD & MERTES LTD
701 LEE STREET #701
DES PLAINES, IL  60016

PHOENIX ROPE & CORDAGE CO.
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS STREET
CHICAGO, IL  60603

PRIMUS ELECTRIC
ACCT#: 2220
18424 NW FRONTAGE ROAD
JOLIET, IL  60431

PUBLIC STORAGE INC.
ACCT#: 3110
ALLIED INTERSTATE INC.
PO BOX 361775
COLUMBUS, OH  43236

RED ROCK ...
C/O NEWTON & ASSOCIATES
PO BOX ????????
METAIRE, LA  70011-8510

ROBINSON WATERS & O''DORISIO P
1099 18TH STREET
26TH FLOOR
DENVER, CO  80202

SAFETY TRAINING SERVICES
ACCT#: 0414
C/O DUNSGRAM
4836 BRECSVILLE RD, BOX 509
RICHFIELD , OH  44286

SAFETY TRAINING SERVICES INC.
ACCT#: 3411
RECEIVABLE MANAGEMENT SERVICES
4836 BRECKVILLE ROAD
RICHFIELD, OH  44286

SCHOENBERG FISHER NEWMAN & ROS
ACCT#: 9850
222 S. RIVERSIDE PLAZA
SUITE 2100
CHICAGO, IL  60606-1212

SHELL OIL
ACCT#: 8720
PO BOX 183018
COLUMBUS, OH  43218

SIKICH GARDNER
988 CORPORATE BLVD
AURORA, IL  60504

SPECIAL GRAPHICS
INTERNATIONAL INSTALLATIONS
833 WOOSTER ROAD N.
BARBERTON, OH  44203-1664

SPRINT PCS
ACCT#: 0003
WEST ASSET MANAGEMENT
PO BOX 732115
ATLANTA, GA  31139-0115

STATE FARM FIRE & CAS.
ACCT#: 61 2
2792 IRELAND GROVE RD
BLOOMINGTON, IL  61709-001

STELLATO PRINTING, INC.
2224 HESS DRIVE
CREST HILL, IL  60435

STUART WIDMAN
MILLER SHAKMAN & BEEM LLP
180 N. LASALLE ST #3600
CHICAGO, IL  60601

SUMMIT FINANCIAL RESOURCES, LLC
ACCT#: XANO
C/O SNELL & WILMER
15 WEST SOUTH TEMPLE #1200
SALT LAKE CITY, UT  84101

TELECOMMCAREERS.NET
ACCT#: 4372
NCO FINANCIAL
3850 N. CAUSEWAY BLVD #200
METAIRIE, LA  70002

TIM RUTH
312 WESTRIDGE ROAD
JOLIET, IL  60431

TRS RENTELCO
ACCT#: 1703
CAINE & WEINER
1941 BISHOP LANE #622
LOUISVILLE, KY  40218

TURN 2 TOWER
3406 15TH STREET
MOLINE, IL  61265

UNITED BUSINESS
C/O CREDITORS RECOVERY SYSTEMS
212 W. ST. CHARLES ROAD
VILLAGE PARK , IL  60181

UNITED FIRE GROUP
ACCT#: 1582
118 2ND AVE S.E.
PO BOX 73909
CEDAR RAPIDS, IA  52407

UPS
ACCT#: 51RR
DUNSDEMAND
PO BOX 20543
LEHIGH VALLEY, PA  18002

US BRASS & COPPER
CREDITORS RECOVERY SYSTEMS
212 W ST. CHARLES ROAD
VILLA PARK, IL  60181

VOGUE PAINTING
2000 PIONEER PARKWAY
SUITE 7B
PEORIA, IL  61615

WELLS FARGO
PO BOX 5296
CAROL STREAM, ILLINOIS  60197-5296

WORKRIGHT OCCUPATIONAL HEALTH
ACCT#: 2088
655 S.WILLOW SPRINGS ROAD
LAGRANGE, IL  60525

WORKRIGHT OCCUPATIONAL HEALTH
ACCT#: 2697
655 S.WILLOW SPRINGS ROAD
LAGRANGE, IL  60525

WORKRIGHT OCCUPATIONAL HEALTH
ACCT#: 3601
655 S.WILLOW SPRINGS ROAD
LAGRANGE, IL  60525

ZAMIAR CO.
3000 W 167TH ST
MARKHAM, IL  60426-5618