UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 07-03103 |
| IRMEN, WALTER | § | Hon. Jack B. Schmetterer |
| | § | Hearing Date: October 29, 2009 |
| | § | Time: 10:30 a.m. |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/22/2007 . The undersigned trustee was appointed on 02/22/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      10,752.88

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 21.06 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of    $ | 10,731.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 05/28/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

UST Form 101-7-TFR (4/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,825.29 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 530.93 , for a total compensation of $ 530.93 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 09/14/2009            By:/s/JAY A. STEINBERG, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:   07-03103   JBS   Judge: JACK B. SCHMETTERER
Case Name: IRMEN, WALTER

For Period Ending: 09/14/09

Trustee Name: JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c): 02/22/07 (f)
341(a) Meeting Date: 03/16/07
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE<br>508 S. Ridge, Arlington Heights, IL | 425,000.00 | Unknown | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT<br>Fidelity Money Market account | 1,987.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS / PICTURES | 500.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY<br>Wedding Ring | 300.00 | 0.00 | | 0.00 | FA |
| 8. RETIREMENT ACCOUNT<br>Fidelity IRA | 750.00 | 0.00 | | 0.00 | FA |
| 9. STOCK AND INTEREST<br>Auxano Services - debtor owns 100% shares | 0.00 | 0.00 | | 0.00 | FA |
| 10. STOCK AND INTEREST<br>Auxano Wireless - debtor owns 100% share | 0.00 | 0.00 | | 0.00 | FA |
| 11. STOCK AND INTEREST<br>Auxano, Inc. - 49% share. This business was transferred under assignment for benefit of creditors. | 0.00 | 0.00 | | 0.00 | FA |
| 12. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Cause of action against Kenneth Neiman for defrauding Debtor into transferring all the assets of Auxano to him and a payment of $10,000 based upon Kenneth Neiman's false representation that he was an attorney. | 10,000.00 | Unknown | | 10,750.00 | FA |
| 13. AUTOMOBILE<br>Lease of Infiniti G-35 | 0.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (4/1/2009) (Page: 3)    Ver: 15.00a

Page: 2
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:     07-03103    JBS    Judge: JACK B. SCHMETTERER
Case Name:   IRMEN, WALTER

Trustee Name:                          JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c):       02/22/07 (f)
341(a) Meeting Date:                   03/16/07
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.88 | Unknown |

TOTALS (Excluding Unknown Values)    $440,137.00    $0.00        $10,752.88    Gross Value of Remaining Assets
                                                                              $0.00
                                                                              (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settled fraudulent conveyance adversary against D's spouse and collected $10,750. Awaiting expiration of 5/8/09 bar date. Will review claims, file Final Report and close case.

Initial Projected Date of Final Report (TFR): 03/30/09     Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 07-03103 -JBS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | IRMEN, WALTER | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******4851 | | Account Number / CD #: | *******2281 BofA - Money Market Account |
| For Period Ending: | 09/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/08 | 12 | Richard L. Hirsh & Associates, P.C<br>Client Trust Fund, IOLTA<br>15 Spinning Wheel Road, Suite 128<br>Hinsdale, IL 60521 | LITIGATION SETTLEMENT<br>Claim against Neiman joined with TR fraudulent conveyance claim against Debtor and resolved in a global settlement approved by Court in late 2008. | 1249-000 | 10,750.00 | | 10,750.00 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.15 | | 10,750.15 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.87 | | 10,751.02 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.55 | | 10,751.57 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,751.66 |
| 02/17/09 | 000301 | International Sureties, Ltd.<br>701 Poydras Street #420<br>New Orleans LA 70139 | 2009 Blanket Bond Premium<br>Bond No. 016260455 | 2300-000 | | 21.06 | 10,730.60 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,730.68 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,730.77 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 10,731.01 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,731.28 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,731.55 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,731.82 |

| Account *******2281 | | Balance Forward | 0.00 | | 1 | Checks | 21.06 |
|---|---|---|---|---|---|---|---|
| | 1 | Deposits | 10,750.00 | | 0 | Adjustments Out | 0.00 |
| | 10 | Interest Postings | 2.88 | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 10,752.88 | | | Total | $ 21.06 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 10,752.88 | | | | |

LFORM2T4UST Form 101-7-TFR (4/1/2009) (Page: 5)

Ver: 15.00a

Page: 2
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  07-03103 -JBS
Case Name: IRMEN, WALTER
Taxpayer ID No: *******4851
For Period Ending: 09/14/09

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2281 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

LFORM2T4 UST Form 101-7-TFR (4/1/2009) (Page: 6)

Ver: 15.00a

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-03103
Debtor Name: IRMEN, WALTER
Page 1
Claim Class, Priority Sequence
Date: September 14, 2009

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $34,910.00 | $0.00 | $34,910.00 |
| 001<br>3220-00 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $159.80 | $0.00 | $159.80 |
| 001<br>2100-00 | JAY A. STEINBERG, TRUSTEE<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Administrative | | $1,825.29 | $0.00 | $1,825.29 |
| | Subtotal for Class Administrative | | | $36,895.09 | $0.00 | $36,895.09 |
| 000002A<br>070<br>7100-00 | LaSalle Bank National Association<br>c/o Scott E. Jensen, Esq.<br>101 N. Wacker Dr., Suite 101<br>Chicago, IL 60606 | Unsecured | | $38,136.82 | $0.00 | $38,136.82 |
| 000003<br>070<br>7100-00 | ELECTRO RENT CORP.<br>6060 SEPUVEDA BLVD<br>VAN NUYS, CA 91411-2515 | Unsecured | | $1,211.63 | $0.00 | $1,211.63 |
| 000004<br>070<br>7100-00 | MICHIGAN SAFETY PRODUCTS<br>FLINT<br>8640 COMMERCE COURT<br>HARBOR SPRINGS, MI 49740 | Unsecured | | $1,068.80 | $0.00 | $1,068.80 |
| 000005<br>070<br>7100-00 | LVNV Funding LLC assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $677.76 | $0.00 | $677.76 |
| 000006<br>070<br>7100-00 | FEHER RUBBISH REMOVAL<br>PO BOX 11009<br>SYRACUSE, NY 13218 | Unsecured | | $408.65 | $0.00 | $408.65 |
| 000008<br>070<br>7100-00 | UNITED FIRE GROUP<br>118 2ND AVE S.E.<br>PO BOX 73909<br>CEDAR RAPIDS, IA 52407 | Unsecured | | $1,713.00 | $0.00 | $1,713.00 |
| 000009<br>070<br>7100-00 | SCHOENBERG FISHER NEWMAN &<br>ROS<br>222 S. RIVERSIDE PLAZA<br>SUITE 2100<br>CHICAGO, IL 60606-1212 | Unsecured | | $22,695.51 | $0.00 | $22,695.51 |
| 000010<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $15,591.83 | $0.00 | $15,591.83 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-03103 | | Page 2 | | Date: September 14, 2009 |
| Debtor Name: | IRMEN, WALTER | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $1,335.20 | $0.00 | $1,335.20 |
| 000012 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $4,798.44 | $0.00 | $4,798.44 |
| 000013 070 7100-00 | SUMMIT FINANCIAL RESOURCES LP DANIEL HADLEY 2455 EAST PARLEY'S WAY SUITE 200 SALT LAKE CITY UTAH 84109 | Unsecured | personally guaranteed debt--judgment against Irmen and Auxana severally and jointly liable | $216,396.37 | $0.00 | $216,396.37 |
| | Subtotal for Class Unsecured | | | $304,034.01 | $0.00 | $304,034.01 |
| 000001 050 4110-00 | Wells Fargo Home Mortgage 33476 Stateview Blvd MAC #X7801-014 Fort Mill, SC 29715 | Secured | (1-1) 708-0032843757 (1-1) Money loaned for Real Estate Pursuant to settlement agreeement (filed with the Court on 9/1/08), Estate's interest in real property was sold to Debtor's wife | $0.00 | $0.00 | $0.00 |
| 000002B 050 4110-00 | LaSalle Bank National Association c/o Scott E. Jensen, Esq. 101 N. Wacker Dr., Suite 101 Chicago, IL 60606 | Secured | Pursuant to settlement agreeement (filed with the Court on 9/1/08), Estate's interest in real property was sold to Debtor's wife | $0.00 | $0.00 | $0.00 |
| 000007 050 4110-00 | ADVANCE WIRING SOLUTIONS 4838 W 128th Place ALSIP, IL 60803 | Secured | Sent letter to Advance requesting withdrawal--claim against Auxana Wireless (debtor's corporation) for mechanic's lien) --withdrawn 9/14/09  September 14, 2009, 10:45 am (RKP) | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $340,929.10 | $0.00 | $340,929.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-03103
Case Name: IRMEN, WALTER
Trustee Name: JAY A. STEINBERG, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JAY A. STEINBERG, TRUSTEE | $ 530.93 | $ 0.00 |
| Attorney for trustee: ARNSTEIN & LEHR LLP | $ 10,154.41 | $ 46.48 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 304,034.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002A | LaSalle Bank National Association | $ 38,136.82 | $ 0.00 |
| 000003 | ELECTRO RENT CORP. | $ 1,211.63 | $ 0.00 |

UST Form 101-7-TFR (4/1/2009) (Page: 10)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | MICHIGAN SAFETY PRODUCTS FLINT | $ 1,068.80 | $ 0.00 |
| 000005 | LVNV Funding LLC assignee of Citibank | $ 677.76 | $ 0.00 |
| 000006 | FEHER RUBBISH REMOVAL | $ 408.65 | $ 0.00 |
| 000008 | UNITED FIRE GROUP | $ 1,713.00 | $ 0.00 |
| 000009 | SCHOENBERG FISHER NEWMAN & ROS | $ 22,695.51 | $ 0.00 |
| 000010 | American Express Bank FSB | $ 15,591.83 | $ 0.00 |
| 000011 | American Express Centurion Bank | $ 1,335.20 | $ 0.00 |
| 000012 | American Express Bank FSB | $ 4,798.44 | $ 0.00 |
| 000013 | SUMMIT FINANCIAL RESOURCES LP | $ 216,396.37 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

_____   _____   $_____   $_____

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .