UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Honorable Jack B. Schmetterer |
| | § | |
| IRMEN, WALTER | § | Case No. 07-03103 |
| | § | Hearing Date: October 29, 2009 |
| Debtor | § | Hearing Time: 10:30 a.m. |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAY A. STEINBERG, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago  IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held:

at 10:30 a.m.
on October 29, 2009
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner
                                        Clerk of U.S. Bankruptcy Court

JAY A. STEINBERG, TRUSTEE
35 EAST WACKER, SUITE 1550, CHICAGO, IL 60601-0000

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Honorable Jack B. Schmetterer |
| | § | |
| IRMEN. WALTER | § | Case No. 07-03103 JBS |
| | § | Hearing Date: October 29, 2009 |
| Debtor | § | Hearing Time: 10:30 a.m. |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,753.15 |
| *and approved disbursements of* | $ | 21.06 |
| *leaving a balance on hand of*[1] | $ | 10,732.09 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for ch. 7 fees and admin. expenses have been filed and will be allowed pro rata as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JAY A. STEINBERG, TRUSTEE | $ 530.95 | $ 0.00 |
| Attorney for trustee: ARNSTEIN & LEHR LLP | $ 10,154.66 | $ 46.48 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | _____ | $_____ | $_____ |
| Attorney for: | _____ | $_____ | $_____ |
| Accountant for: | _____ | $_____ | $_____ |
| Appraiser for: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 304,034.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) *(Page 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002A | LaSalle Bank National Association | $ 38,136.82 | $ 0.00 |
| 000003 | ELECTRO RENT CORP. | $ 1,211.63 | $ 0.00 |
| 000004 | MICHIGAN SAFETY PRODUCTS FLINT | $ 1,068.80 | $ 0.00 |
| 000005 | LVNV Funding LLC assignee of Citibank | $ 677.76 | $ 0.00 |
| 000006 | FEHER RUBBISH REMOVAL | $ 408.65 | $ 0.00 |
| 000008 | UNITED FIRE GROUP | $ 1,713.00 | $ 0.00 |
| 000009 | SCHOENBERG FISHER NEWMAN & ROS | $ 22,695.51 | $ 0.00 |
| 000010 | American Express Bank FSB | $ 15,591.83 | $ 0.00 |
| 000011 | American Express Centurion Bank | $ 1,335.20 | $ 0.00 |
| 000012 | American Express Bank FSB | $ 4,798.44 | $ 0.00 |
| 000013 | SUMMIT FINANCIAL RESOURCES LP | $ 216,396.37 | $ 0.00 |

\* Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Jay A. Steinberg
Chapter 7 Trustee

JAY A. STEINBERG, TRUSTEE
35 EAST WACKER, SUITE 1550, CHICAGO, IL 60601-0000

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: vwalker Page 1 of 2 Date Rcvd: Sep 30, 2009
Case: 07-03103 Form ID: pdf006 Total Noticed: 97

The following entities were noticed by first class mail on Oct 02, 2009.
db +Walter Irmen, 508 S. Ridge Ave, Arlington Heights, IL 60005-1718
aty +Jeffrey Strange, Jeffrey Strange & Associates, 717 Ridge Road, Wilmette, IL 60091-2486
aty +John F Hiltz, Loeb & Loeb LLP, 321 N. Clark St., Suite 2300, Chicago, IL 60654-4746
aty +Miriam R. Stein, Arnstein & Lehr LLP, 120 South Riverside Plaza, Suite 1200, Chicago, IL 60606-3910
tr +Jay A Steinberg, ESQ, 35 E. Wacker Drive, Suite 1550, Chicago, IL 60601-2124
11193826 +1110 GARFIELD VENTURE, LLC, ROTHBART REALTY CO., 1945 TECHNY ROAD SUITE 6, NORTHBROOK, IL 60062-5357
11193827 +++ADVANCE WIRING SOLUTIONS, 4838 W 128th Place, ALSIP, IL 60803-3025
11193828 +AETNA INSURANCE, 443 COMMERCE LANE, SUITE 2, W BERLIN, NJ 08091-9209
11193829 +AKB ENTERPRISES/SIGN A RAMA, 711 E. GOLF ROAD, SCHAUMBURG, IL 60173-4511
11193830 +ALLEN S. GABE AND ASSOC. PC, 931 N PLUM GROVE ROAD, SCHAUMBURG, IL 60173-4767
11193833 AMERICAN EXPRESS, C/O NATIONWIDE CREDIT, PO BOX 740640, ATLANTA, GA 30374-0640
11193831 AMERICAN EXPRESS, C/O UNITED RECOVERY SYSTEMS, PO BOX 722929, HOUSTON, TX 77272-2929
11193832 AMERICAN EXPRESS, C/O JAMES A WEST PC, 1111 HARWIN DRIVE, HOUSTON, TX 77072-1612
11193835 AT&T, PO BOX 8100, AURORA, IL 60507-8100
11193834 AT&T, ENCORE RECEIVABLE MANAGEMENT, PO BOX 3330, OLATHE, KS 66063-3330
13826284 American Express Bank FSB, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
13842223 American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
11193836 +BARR MANAGEMENT, 6408 N. WESTERN AVE, CHICAGO , IL 60645-5422
11193837 +BOB DIX & ASSOCIATES, 800 E NORTHWEST HWY, SUITE 1050, PALATINE, IL 60074-6580
11193838 CERMAK & HOUSE CURRENCY EXCHAN, BRUCE E ADELMAN & ASSOC., 22 N. LASALLE STREET #3300, CHICAGO, IL 60602
11193839 +CESCO, 35 GRACE DRIVE, POWELL, OH 43065-9332
11193840 +CHASE BANK, PO BOX 9001083, LOUISVILLE, KY 40290-1083
11193841 +CHASE NATION PAYMENT SERVICE, PO BOX 182223, DEPT. OH1-1272, COLUMBUS, OH 43218-2223
11193842 CHICAGO TRIBUNE, PO BOX 6315, CHICAGO, IL 60680-6315
11193843 CINGULAR WIRELESS, PO BOX 6428, CAROL STREAM, IL 60197-6428
11193844 CITI BANK, PO BOX 15153, WILMINGTON, DE 19886-5153
11193845 +CITIBANK USA NA, LTD FINANCIAL SERVICES, 732 SOUTHWEST FREEWAY #1600, HOUSTON, TX 77038
11193847 +CORKILL ELECTRIC, 601 LIVELY BLVD, ELK GROVE VILL., IL 60007-2015
11193849 +COVAD COMMUNICATIONS, DUNSDEMAND, 4836 BRECKVILLE RD, RICHFIELD, OH 44286-9177
11193850 +CROWN ELECTRIC, 3630 S. BROADWAY, ST. LOUIS , MO 63118-4035
11193851 +DESTINY HEALTH, INC., 3577 COLLECTIONS DR., CHICAGO, IL 60693-0001
11193852 +DS&P INSURANCE, 1530 E DUNDEE ROAD, 2ND FLOOR, PALATINE, IL 60074-8325
11193853 +ELECTRO RENT CORP., 6060 SEPUVEDA BLVD, VAN NUYS, CA 91411-2525
11193854 +EXECUTIVE TOWER SOLUTIONS, 797 PADGETT ROAD, SENOIA, GA 30276-1652
11193855 +FEHER RUBBISH REMOVAL, PO BOX 11009, SYRACUSE, NY 13218-1009
11193856 FIRST FEDERAL LEASING, PO BOX 1145, RICHMOND, IN 47375-1145
11193857 +FIRST MIDWEST BANK, C/O TRACKERS INC., 1970 SPRUCE HILL, BOX 1227, BETTENDORF, IA 52722-2680
11193858 +FOLEY EXCAVATING, 14310 BIRWOOD, DETROIT, MI 48238-2208
11193859 GMAC, PO BOX 78369, PHOENIX, AZ 85062-8369
11193860 +GREAT BANK, 2100 HUNTINGTON DR. NORTH, ALGONQUIN, IL 60102-5921
11193861 +HARDER SIGN COMPANY, C/O GUYER & ENICHEN PC, 2601 REID FARM ROAD #B, ROCKFORD, IL 61114-6698
11193862 +HARRIS BANK, 3800 GOLF ROAD, SUITE 300, ROLLING MEADOWS, IL 60008-4005
11193863 +HOME DEPOT, PO BOX 6029, THE LAKES, NV 88901-6029
11193864 +ICE MOUNTAIN, 6651 DIXIE HIGHWAY #4, LOUISVILLE, KY 40258-3909
11193868 +JEFFREY STRANGE, 717 RIDGE, WILMETTE, IL 60091-2486
11193869 +KENNETH NEIMAN, C/O ARTHUR LEVINSON, 222 N. LASALLE, CHICAGO, ILLINOIS 60601-1003
11193870 +LASALLE BANK, 135 SOUTH LASALLE STREET, LEGAL DEPARTMENT, CHICAGO, ILLLINOIS 60603-4177
11193871 +LASALLE BANK, 135 S. LASALLE, SUITE 2140, CHICAGO, IL 60603-4489
11193872 +LINDA IRMEN, 508 S. RIDGE, ARLINTON HEIGHTS, IL 60005-1718
11193873 +LURNOS ROSENBERG & LIBBY LLP, 120 FULTON STREET, BOSTON, MA 02109-1435
11193874 LYON FINANCIAL SERVICES, NCO FINANCIAL SERVICES INC., PO BOX 15630 #23, WILMINGTON, DE 19850-5630
11536186 +LaSalle Bank National Association, c/o Scott E. Jensen, Esq., 101 N. Wacker Dr., Suite 101, Chicago, IL 60606-1714
11193875 MAIER SIGNS, WOOD & LAMPING LLP, 600 VINE STREET #2500, CINCINNATI, OH 45202-2491
11193876 +MEPCO INSURANCE FINANCING, PO BOX 5878, CAROL STREAM, IL 60197-5878
11193877 +MERCHANTILE BROKERAGE INC., 1705 OVERLAND TRAIL, DEERFIELD, IL 60015-1811
11193878 +MICHIGAN SAFETY PRODUCTS FLINT, 8640 COMMERCE COURT, HARBOR SPRINGS, MI 49740-9672
11193879 +MOBIL OIL, PO BOX 530962, ATLANTA, GA 30353-0962
11193880 +MONSTER WORLD WIDE, UMA WORLD WIDE COLLECTIONS, 600 S 7TH STREET, LOUISVILLE, KY 40203-1968
11193881 MONSTER WORLD WIDE/TMP WORLD, PO BOX 90364, CHICAGO, IL 60696-0364
11193882 +MONSTER.COM, FIDELITY NATIONAL CREDIT SVCS., 2421 N. GLASSELL ST BOX 3051, ORANGE, CA 92865-2705
11193883 +NATIONAL DECORATING, 2210 CAMDEN COURT, OAKBROOK, IL 60523-1269
11193884 NELLO CORP, C/O CST CO. INC., PO BOX 33127, LOUISVILLE, KY 40232-3127
11193886 +PETER KIM TRUST, DOWD DOWD & MERTES LTD, 701 LEE STREET #701, DES PLAINES, IL 60016-4539
11193887 +PHOENIX ROPE & CORDAGE CO., C/O TELLER LEVIT SILVERTRUST, 11 EAST ADAMS STREET, CHICAGO, IL 60603-6301
11193888 +PRIMUS ELECTRIC, 18424 NW FRONTAGE ROAD, JOLIET, IL 60404-8663
11193889 +PUBLIC STORAGE INC., ALLIED INTERSTATE INC., PO BOX 361775, COLUMBUS, OH 43236-1775
11193890 RED ROOF INNS, C/O NEWTON & ASSOCIATES, PO BOX ?, METAIRE, LA 70011-8510
11193891 ++++ROBINSON WATERS & O’’DORISIO P, 1099 18TH ST STE 2600, DENVER CO 80202-1926, DENVER, CO 80202
(address filed with court: ROBINSON WATERS & O’’DORISIO P, 1099 18TH STREET, 26TH FLOOR, DENVER, CO 80202)
11193892 +SAFETY TRAINING SERVICES, C/O DUNSGRAM, 4836 BRECSVILLE RD, BOX 509, RICHFIELD , OH 44286-9177

```
District/off: 0752-1          User: vwalker              Page 2 of 2              Date Rcvd: Sep 30, 2009
Case: 07-03103                Form ID: pdf006            Total Noticed: 97

11193893      +SAFETY TRAINING SERVICES INC.,   RECEIVABLE MANAGEMENT SERVICES,    4836 BRECKVILLE ROAD,
               RICHFIELD, OH 44286-9177
11193894      +SCHOENBERG FISHER NEWMAN & ROS,    222 S. RIVERSIDE PLAZA,    SUITE 2100,    CHICAGO, IL 60606-6113
11193895      +SHELL OIL,    PO BOX 183018,    COLUMBUS, OH 43218-3018
11193896      +SIKICH GARDNER,    988 CORPORATE BLVD,    AURORA, IL 60502
11193897       SPECIAL GRAPHICS,    INTERNATIONAL INSTALLATIONS,    833 WOOSTER ROAD N.,
               BARBERTON, OH 44203-1664
11193898       SPRINT PCS,    WEST ASSET MANAGEMENT,    PO BOX 732115,    ATLANTA, GA 31139-0115
11193899      +STATE FARM FIRE & CAS.,    2792 IRELAND GROVE RD,    BLOOMINGTON, IL 61709-0001
11193900      +STELLATO PRINTING, INC.,    2224 HESS DRIVE,    CREST HILL, IL 60403-1872
11193901      +STUART WIDMAN,    MILLER SHAKMAN & BEEM LLP,    180 N. LASALLE ST #3600,    CHICAGO, IL 60601-2805
13881153      +SUMMIT FINANCIAL RESOURCES LP,    DANIEL HADLEY,    2455 EAST PARLEY'S WAY SUITE 200,
               SALT LAKE CITY UTAH 84109-1252
11193902      +SUMMIT FINANCIAL RESOURCES LP,    C/O SNELL & WILMER,    15 WEST SOUTH TEMPLE #1200,
               SALT LAKE CITY, UT 84101-1547
11193903      +TELECOMMCAREERS.NET,    NCO FINANCIAL,    3850 N. CAUSEWAY BLVD #200,    METAIRIE, LA 70002-7227
11193904      +TIM RUTH,    312 WESTRIDGE ROAD,    JOLIET, IL 60431-4886
11193905      +TRS RENTELCO,    CAINE & WEINER,    1941 BISHOP LANE #622,    LOUISVILLE, KY 40218-1968
11193906      +TURN 2 TOWER,    3406 15TH STREET,    MOLINE, IL 61265-6205
11193907      +UNITED BUSINESS,    C/O CREDITORS RECOVERY SYSTEMS,    212 W. ST. CHARLES ROAD,
               VILLAGE PARK , IL 60181-2401
11193908      +UNITED FIRE GROUP,    118 2ND AVE S.E.,    PO BOX 73909,    CEDAR RAPIDS, IA 52407-3909
11193909      +UPS,    DUNSDEMAND,    PO BOX 20543,    LEHIGH VALLEY, PA 18002-0543
11193910      +US BRASS & COPPER,    CREDITORS RECOVERY SYSTEMS,    212 W ST. CHARLES ROAD,
               VILLA PARK, IL 60181-2401
11193911      +VOGUE PAINTING,    2000 PIONEER PARKWAY,    SUITE 7B,    PEORIA, IL 61615-1885
11193866      +WALTER IRMEN,    508 S. RIDGE AVE,    ARLINGTON HEIGHT, IL 60005-1718
11193912       WELLS FARGO,    PO BOX 5296,    CAROL STREAM, ILLINOIS 60197-5296
11193913       WORKRIGHT OCCUPATIONAL HEALTH,    655 S.WILLOW SPRINGS ROAD,    LAGRANGE, IL 60525
11416484     +++Wells Fargo Home Mortgage,    33476 Stateview Blvd,    MAC #X7801-014,   Fort Mill, SC 29715
11193914      +ZAMIAR CO.,    3000 W 167TH ST,    MARKHAM, IL 60428-5618

The following entities were noticed by electronic transmission on Sep 30, 2009.
11193846      +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                              COMMONWEALTH EDISON,
               BILL PAYMENT CENTER,    CHICAGO, IL 60668-0001
13609905       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11193885      +E-mail/Text: bankrup@nicor.com                             NICOR,   PO BOX 416,
               AURORA, IL 60568-0001
                                                                                                TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11193848       COUNTRY MUTUAL INSURANCE CO.,    NEED
11193865       INFINITI FNANCING SERVICES
11193867       JAMES HOWARD
                                                                                                TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2009**             **Signature:**   *Joseph Speetjens*