UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
IRMEN, WALTER                       §          Case No. 07-03103
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank |  |  |  |  |  |
| Great Lakes Bank |  |  |  |  |  |
| Harris Bank |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Infiniti Financing | | | | | |
| ADVANCE WIRING SOLUTIONS | | | | | |
| LASALLE BANK NATIONAL ASSOCIATION | | | | | |
| WELLS FARGO HOME MORTGAGE | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAY STEINBERG, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| ARNSTEIN & LEHR LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AKB Enterprises/Sign A Rama | | | | | |
| AT&T | | | | | |
| AT&T | | | | | |
| AT&T | | | | | |
| AT&T | | | | | |
| AT&T | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advance Wiring Solutions | | | | | |
| Aetna Insurance | | | | | |
| Allen S. Gabe & Assoc. | | | | | |
| American Express | | | | | |
| American Express | | | | | |
| Barr Management | | | | | |
| Bob Dix & Assoc. | | | | | |
| CESCO | | | | | |
| Cermak & House Currency | | | | | |
| Chase Nation | | | | | |
| Chicago Tribune | | | | | |
| Chicago Tribune | | | | | |
| Cingular | | | | | |
| Citibank | | | | | |
| Citibank | | | | | |
| Com Ed | | | | | |
| Corkill Electric | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Country Mutual Insurance | | | | | |
| Covad Communications | | | | | |
| Crown Electric | | | | | |
| DS&P Insurance | | | | | |
| Destiny Health | | | | | |
| Executive Tower | | | | | |
| First Midwest Bank | | | | | |
| Foley Excavating | | | | | |
| GMAC | | | | | |
| Garder Sign Co. | | | | | |
| Home Depot | | | | | |
| Ice Mountain | | | | | |
| James Howard | | | | | |
| Kenneth Neiman | | | | | |
| LaSalle Bank | | | | | |
| Lurnos Rosenberg & Libby | | | | | |
| Lyon Financial | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lyon Financial | | | | | |
| Lyon Financial | | | | | |
| Maier Signs | | | | | |
| Mepco Insurance Financing | | | | | |
| Mercantile Brokerage | | | | | |
| Mobil Oil | | | | | |
| Monster Worldwide | | | | | |
| Monster.com | | | | | |
| Moster Worldwide | | | | | |
| National Decorating | | | | | |
| Nello Corp. | | | | | |
| Nicor | | | | | |
| Peter Kim Trust | | | | | |
| Phoenix Rope & Cordage | | | | | |
| Primus Electric | | | | | |
| Public Storage | | | | | |
| Red Roof Insurance | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robinson Waters & O'Dorisio | | | | | |
| Safety Training Services | | | | | |
| Safety Training Services | | | | | |
| Shell Oil | | | | | |
| Sikish Gardner | | | | | |
| Special Graphics | | | | | |
| Spring PCS | | | | | |
| State Farm Fire & Casualty | | | | | |
| Stellato Printing | | | | | |
| Stuart Widman | | | | | |
| TRS Rentelco | | | | | |
| Telecomm Careers Net | | | | | |
| Tim Ruth | | | | | |
| Turn 2 Tower | | | | | |
| UPS | | | | | |
| US Brass & Cooper | | | | | |
| United Business | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Vogue Painting | | | | | |
| Workright Occupational Health | | | | | |
| Workright Occupational Health | | | | | |
| Workright Occupational Health | | | | | |
| Zamiar Co. | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| ELECTRO RENT CORP. | | | | | |
| FEHER RUBBISH REMOVAL | | | | | |
| LASALLE BANK NATIONAL ASSOCIATION | | | | | |
| LVNV FUNDING LLC ASSIGNEE CITIBANK | | | | | |
| MICHIGAN SAFETY PRODUCTS FLINT | | | | | |
| SCHOENBERG FISHER NEWMAN & ROS | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SUMMIT FINANCIAL RESOURCES LP | | | | | |
| UNITED FIRE GROUP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

Case 07-03103 Doc 260 Filed 12/22/09 Entered 12/22/09 16:00:55 Desc Main
Document Page 12 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-03103 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | IRMEN, WALTER | | | | Date Filed (f) or Converted (c): | 02/22/07 (f) |
| | | | | | 341(a) Meeting Date: | 03/16/07 |
| For Period Ending: | 12/21/09 | | | | Claims Bar Date: | 05/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 425,000.00 | Unknown | | 0.00 | FA |
| 508 S. Ridge, Arlington Heights, IL | | | | | |
| 2. CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT | 1,987.00 | 0.00 | | 0.00 | FA |
| Fidelity Money Market account | | | | | |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS / PICTURES | 500.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| Wedding Ring | | | | | |
| 8. RETIREMENT ACCOUNT | 750.00 | 0.00 | | 0.00 | FA |
| Fidelity IRA | | | | | |
| 9. STOCK AND INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| Auxano Services - debtor owns 100% shares | | | | | |
| 10. STOCK AND INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| Auxano Wireless - debtor owns 100% share | | | | | |
| 11. STOCK AND INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| Auxano, Inc. - 49% share. This business was transferred under assignment for benefit of creditors. | | | | | |
| 12. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 10,000.00 | Unknown | | 10,750.00 | FA |
| Cause of action against Kenneth Neiman for defrauding Debtor into transferring all the assets of Auxano to him and a payment of $10,000 based upon Kenneth Neiman's false representation that he was an attorney. | | | | | |
| 13. AUTOMOBILE | 0.00 | 0.00 | | 0.00 | FA |
| Lease of Infiniti G-35 | | | | | |

Case 07-03103   Doc 260   Filed 12/22/09   Entered 12/22/09 16:00:55   Desc Main
Document      Page 13 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

Case No: 07-03103   JBS   Judge: JACK B. SCHMETTERER  
Case Name: IRMEN, WALTER

Trustee Name: JAY A. STEINBERG, TRUSTEE  
Date Filed (f) or Converted (c): 02/22/07 (f)  
341(a) Meeting Date: 03/16/07  
Claims Bar Date: 05/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.71 | Unknown |

TOTALS (Excluding Unknown Values)   $440,137.00   $0.00   $10,753.71   $0.00

Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settled fraudulent conveyance adversary against D's spouse and collected $10,750. Awaiting expriation of 5/8/09 bar date. Will review claims, file Final Report and close case.

Initial Projected Date of Final Report (TFR): 03/30/09    Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-03103 -JBS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | IRMEN, WALTER | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2281 BofA - Money Market Account |
| Taxpayer ID No: | *******4851 | | | |
| For Period Ending: | 12/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/08 | 12 | Richard L. Hirsh & Associates, P.C<br>Client Trust Fund, IOLTA<br>15 Spinning Wheel Road, Suite 128<br>Hinsdale, IL 60521 | LITIGATION SETTLEMENT<br>Claim against Neiman joined with TR fraudulent conveyance claim against Debtor and resolved in a global settlement approved by Court in late 2008. | 1249-000 | 10,750.00 | | 10,750.00 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.15 | | 10,750.15 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.87 | | 10,751.02 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.55 | | 10,751.57 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,751.66 |
| 02/17/09 | 000301 | International Sureties, Ltd.<br>701 Poydras Street #420<br>New Orleans LA 70139 | 2009 Blanket Bond Premium<br>Bond No. 016260455 | 2300-000 | | 21.06 | 10,730.60 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,730.68 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,730.77 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 10,731.01 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,731.28 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,731.55 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,731.82 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,732.09 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,732.35 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,732.61 |
| 11/05/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 10,732.65 |
| 11/05/09 | | Transfer to Acct #*******2391 | Final Posting Transfer<br>Transfer funds for final distribution. November 05, 2009, 11:07 am ecb | 9999-000 | | 10,732.65 | 0.00 |

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 07-03103 -JBS |
| Case Name: | IRMEN, WALTER |
| Taxpayer ID No: | *******4851 |
| For Period Ending: | 12/21/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2281  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2281

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 10,750.00 | 1 | Checks | 21.06 |
| 14 | Interest Postings | 3.71 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 10,732.65 |
| | Subtotal | $ 10,753.71 | | | |
| | | | | Total | $ 10,753.71 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 10,753.71 | | | |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 15)

Ver: 15.05a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-03103 -JBS |
| Case Name: | IRMEN, WALTER |
| Taxpayer ID No: | *******4851 |
| For Period Ending: | 12/21/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2391  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/09 | | Transfer from Acct #*******2281 | Transfer In From MMA Account<br>Transfer funds for final distribution. November 05, 2009, 11:07 am   ecb | 9999-000 | 10,732.65 | | 10,732.65 |
| 11/05/09 | 003001 | JAY A. STEINBERG, TRUSTEE<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago  IL  60601 | Trustee Compensation | 2100-000 | | 530.97 | 10,201.68 |
| 11/05/09 | 003002 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 10,155.19 | 46.49 |
| 11/05/09 | 003003 | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Attorney for Trustee Expenses (Othe | 3220-000 | | 46.49 | 0.00 |

| Account *******2391 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | | 3 | Checks | 10,732.65 |
| | 0 | Interest Postings | 0.00 | | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | | |
| | | | | | | Total | $ 10,732.65 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 10,732.65 | | | | |
| | | Total | $ 10,732.65 | | | | |

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-03103 -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | IRMEN, WALTER | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******2391  BofA - Checking Account |
| Taxpayer ID No: | *******4851 |  |  |
| For Period Ending: | 12/21/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 |  |  |  |
| 1 | Deposits | 10,750.00 | 4 | Checks | 10,753.71 |
| 14 | Interest Postings | 3.71 | 0 | Adjustments Out | 0.00 |
|  |  |  | 1 | Transfers Out | 10,732.65 |
|  | Subtotal | $ 10,753.71 |  |  |  |
|  |  |  |  | Total | $ 21,486.36 |
| 0 | Adjustments In | 0.00 |  |  |  |
| 1 | Transfers In | 10,732.65 |  |  |  |
|  | Total | $ 21,486.36 |  | Net Total Balance | $ 0.00 |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 17)

Ver: 15.05a